# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CAESARS WORLD, INC., ) | |
| Plaintiff, ) | Case No. 2:11-cv-00536-GMN-CWH |
| vs. ) | **ORDER** |
| MARCEL JULY, *et al*., ) | |
| Defendants. ) | |

    This matter is before the court on Counsel for Plaintiff Caesars World's Notice of Disassociation of Attorney Nicholas J. Santoro (#62), filed March 1, 2012. Attorney Nicholas J. Santoro is no longer counsel of record for Caesars World and current counsel for Plaintiff requests that he no longer receive notifications in this matter. Accordingly,

    **IT IS HEREBY ORDERED** that Plaintiff Caesars World's Notice of Disassociation of Attorney Nicholas J. Santoro requesting removal from the docket report(#62) is **granted**. Attorney Nicholas J. Santoro shall no longer receive notices in this matter.

    Dated this 2nd day of March, 2012.

                                                             C.W. Hoffman, Jr.
                                                             United States Magistrate Judge